LITTLER MENDELSON, P.C.
Michelle A. Clark, Bar No. 243777
MiClark@littler.com
Gerardo Hernandez, Bar No. 292809
Ghernandez@littler.com
5200 N. Palm Ave.
Ste. 302
Fresno, CA  93704-2227
Telephone:   559.244.7500
Fax:          559.244.7525

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SOTO,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.; and DOES 1-10,<br><br>            Defendants. | Case No.  2:23-cv-02148<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER TO INITIAL COMPLAINT AND ORDER**<br><br>Complaint Served:    November 17, 2023<br>Current Response Date: December 8, 2023<br>New Response Date: January 9, 2024<br><br>Trial Date: None Set<br>District Judge:<br>Complaint Filed:      September 27, 2023 |

### STIPULATION AND REQUEST TO EXTEND TIME TO

### FILE AN ANSWER TO INITIAL COMPLAINT

Plaintiff ROGER SOTO ("Plaintiff") and Defendant UNITED AIRLINES, INC. ("Defendant") (collectively "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, Plaintiff filed this action in the United States District Court for the Eastern District of California, Fresno Division, on September 27, 2023;

WHEREAS, Plaintiff served his Summons and Complaint on Defendant on November 17, 2023;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), (b), (e), (f), 81(c), Defendant's deadline to respond to Plaintiff's Complaint is December 8, 2023;

WHEREAS, IT IS STIPULATED by and between Plaintiff, on the one hand, and Defendant, that, Defendant shall have an extension of 32 days to respond to Plaintiff's Complaint. This extension of time is Defendant's first extension and does not alter the date of any event or deadline already fixed by Court order.

WHEREAS, this STIPULATION is entered into pursuant to Defendants' counsel's email to Plaintiffs' counsel on December 1, 2023 detailing that Defendants' counsel received the summons and complaint on short notice and was out of the office on personal leave.

WHEREAS, Plaintiff ROGER SOTO ("Plaintiff"), and Defendant UNITED AIRLINES, INC. jointly stipulated in said email to extend the time for UNITED AIRLINES, INC. to file an answer to the initial complaint from December 8, 2023, to January 9, 2024.

It is, **THEREFORE**, stipulated and agreed by and between the parties as follows: Defendants be granted an extension until January 9, 2024, to file its answer to Plaintiffs' Initial Complaint.

Respectfully Submitted,

Dated:     December 6, 2023          LITTLER MENDELSON, P.C.


By: /s/ Gerardo Hernandez
    MICHELLE A. CLARK
    GERARDO HERNANDEZ
    Attorneys for Defendant
    UNITED AIRLINES, INC.


Dated:     December 6, 2023          BARNES LAW


By: /s/ Robert E. Barnes
    ROBERT E. BARNES
    Attorneys for Plaintiff
    ROGER SOTO

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:     December 6, 2023          LITTLER MENDELSON, P.C.


                                     By: /s/ Gerardo Hernandez
                                     MICHELLE A. CLARK
                                     GERARDO HERNANDEZ
                                     Attorneys for Defendant
                                     UNITED AIRLINES, INC.


**ORDER**

PURSUANT TO STIPULATION, the defendant's time to serve and file a response to Plaintiff's complaint shall be extended through and including January 9, 2024.

IT IS SO ORDERED.


Dated:  December 6, 2023             /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE