UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SOTO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED AIRLINES, INC.; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-02148-DJC-JDP<br><br>**ORDER FOR JOINT STIPULATION TO EXTEND DEADLINE TO FILE AND SERVE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT UNITED AIRLINES' MOTION TO DIMSISS** |

Having read the Parties Joint Stipulation To Extend Deadline To File and Serve Reply To Plaintiff's Opposition To Defendant's Motion to Dismiss and good and sufficient cause appearing therefore, the Court hereby continues Defendant's deadline to file and serve its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss by 30 days to April 24, 2024. The hearing on Defendant's Motion to Dismiss is set for May 23, 2024 at 1:30 PM in Courtroom 10.

**IT IS SO ORDERED.**

Dated: March 28, 2024           /s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

ORDER FOR JOINT STIPULATION TO EXTEND DEADLINE TO REPLY