UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SOTO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED AIRLINES, INC.; and DOES 1-10, <br><br> Defendants. | Case No. 2:23-cv-02148-DJC-JDP <br><br> **ORDER FOR JOINT STIPULATION TO EXTEND DEADLINE TO FILE AND SERVE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT UNITED AIRLINES' MOTION TO DISMISS** |

Having read the Parties Joint Stipulation To Extend Deadline To File and Serve Reply To Plaintiff's Opposition To Defendant's Motion to Dismiss and good and sufficient cause appearing therefore, the Court hereby continues Defendant's deadline to file and serve its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss to May 3, 2024.

**IT IS SO ORDERED**

Dated: April 23, 2024    /S/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500